IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robin Herzog,

    Plaintiff,

  v.                                Case No. 2:16-cv-244

Commissioner of
Social Security,

    Defendant.

<u>ORDER</u>

This matter is before the court for consideration of the March 24, 2016, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that plaintiff's motion for leave to proceed *in forma pauperis* be denied.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report "will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo* and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 17, p. 9. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation. In fact, plaintiff paid the filing fee on April 11, 2016.

The court adopts the report and recommendation of the magistrate judge (Doc. 2). Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) is denied.

It is so ordered.

Date: April 12, 2016                  s/James L. Graham
                                         James L. Graham
                                         United States District Judge